(84 South. 844)

BIRMINGHAM RY., LIGHT & POWER CO. v. COLI.   (6 Div. 964.)

(Supreme Court of Alabama.   Jan. 15, 1920. Rehearing Denied Feb. 5, 1920.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Action by F. Coli against the Birmingham Railway, Light & Power Company. Judgment for plaintiff, and defendant appeals. Reversed and remanded.

Tillman, Bradley & Morrow, of Birmingham, Huey & Welch, of Bessemer, and J. A. Simpson, of Birmingham, for appellant.
Mathews & Mathews and Goodwyn & Ross, all of Bessemer, for appellee.

McCLELLAN, J.   This appeal was submitted along with B. R., L. & P. Co. v. Barranco, 84 South. 839.[1]   The judgment herein appealed from is reversed and the cause is remanded, upon the authority of the decision made in that case.

Reversed and remanded.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

━━━━━

(84 South. 844)

BIRMINGHAM RY., LIGHT & POWER CO. v. COLI.   (6 Div. 965.)

(Supreme Court of Alabama.   Jan. 15, 1920. Rehearing Denied Feb. 5, 1920.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Action by Mrs. F. Coli against the Birmingham Railway, Light & Power Company. Judgment for plaintiff, and defendant appeals. Reversed and remanded.

Tillman, Bradley & Morrow, of Birmingham, Huey & Welch, of Bessemer, and J. A. Simpson, of Birmingham, for appellant.
Mathews & Mathews and Goodwyn & Ross, all of Bessemer, for appellee.

McCLELLAN, J.   This appeal was submitted along with B. R., L. & P. Co. v. Barranco, 84 South. 839.[1]   The judgment herein appealed from is reversed and the cause is remanded, upon the authority of the decision this day made in that case.

Reversed and remanded.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.